Filed March 15, 1893.

<hr/>

No. 713.

PETITT v. PETITT ET AL.

SUPREME COURT.—*Appeal.*— *Jurisdiction.*— *Divorce.* —*Alimony.*— *Fraudulent Conveyance.*—An appeal from a judgment granting a divorce and alimony, and refusing to set aside a fraudulent conveyance, is in the Supreme Court.

From the Fountain Circuit Court.

*J. A. Lindley* and *O. P. Lewis*, for appellant.

*C. M. McCabe* and *J. Bingham*, for appellee.

*Per Curiam.*—This is an appeal from a judgment of the lower court granting a divorce and alimony and refusing to set aside a fraudulent conveyance. The jurisdiction is in the Supreme Court.

Ordered transferred.

Filed March 16, 1893.